UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>[REDACTED],<br><br>      Defendant. | Civil Action No. 3:17-cv-00190-SRU |

## NOTICE OF SERVICE

  Plaintiff Malibu Media, LLC, hereby gives notice, regarding service on Defendant, [REDACTED] ("Defendant). Plaintiff was notified by their process server, on Tuesday, November 14, 2017, that the Defendant has been served with summons and complaint on November 14, 2017 at 10:00 a.m. Upon receipt of the Affidavit of Service from the process server, Plaintiff will immediately file proof of service with the court.

  Dated: November 14, 2017.

                Respectfully Submitted,

         By: /s/ *Kevin T. Conway*
             Kevin T. Conway, Esq. (30364)
             664 Chestnut Ridge Road
             Spring Valley, New York 10977-6201
             T: 845-352-0206
             F: 845-352-0481
             E-mail: kconway@ktclaw.com
             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq.